UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRINKLE OF JESUS, CORP., and CASEY D. OLIVERA,<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>JHALESA LEWIS,<br><br>                              Defendant. | 20 Civ. 5591 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 29, 2020, Defendant Jhalesa Lewis filed a Motion to Dismiss (Dkt. #13) and accompanying Memorandum of Law (Dkt. #14). In accordance with the Court's Individual Rule of Practice in Civil Cases No. 4.A, prior to submitting a motion to dismiss, Defendant must file a pre-motion submission consisting of a letter, not to exceed three pages, describing the grounds for the proposed motion, and whether the motion is on consent of all parties. Accordingly, Defendant's Motion to Dismiss is DENIED without prejudice as to its renewal, and Defendant is advised to file a pre-motion submission if she wants to pursue the motion.

The Clerk of Court is directed to terminate the motion and supporting materials at docket entries 14 and 15.

SO ORDERED.

Dated:   September 30, 2020
         New York, New York

                                                  _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge