# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

<u>via ECF</u>                                                                November 7, 2020

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: <u>Sprinkle of Jesus Corp., et. al. v. Lewis,
SDNY 20-CV-5591</u>

Dear Judge Failla:

    I represent the Defendant in the above-referenced action. This is to request adjournment of the Conference scheduled for November 18, 2020 due to a conflict. This is the first request for adjournment of the Conference by either party.

    I have consulted with opposing counsel, and Plaintiff's attorney did not consent to this request. Plaintiff's attorney advised that he will be unavailable and traveling after the current scheduled date through January.

    As such, I respectfully request adjournment of the Conference to a date following opposing counsel's return.  If the Court is unable to accommodate this request, I respectfully request that the Conference on November 18, 2020 at 10:30am be converted to a telephone conference.

    Respectfully submitted,

    <u>/s/ Todd Wengrovsky</u>

    Todd Wengrovsky

cc: Keith White, Esq.
*Counsel for Plaintiff,* via ECF

The Court will dispense with the pre-motion conference and set the briefing schedule for the motion to dismiss as follows:  Defendant's motion is due on or before **December 9, 2020**; Plaintiffs' opposition is due on or before **January 8, 2021**; and Defendant's reply is due on or before **January 22, 2021**.  The conference scheduled for November 18, 2020, is hereby ADJOURNED *sine die*.

Dated:   November 9, 2020         SO ORDERED.
         New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE