UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRINKLE OF JESUS CORP., and CASEY D. OLIVERA,<br><br>Plaintiffs,<br><br>-v.-<br><br>JHALESA LEWIS,<br><br>Defendant. | 20 Civ. 5591 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Pending before the Court is Defendant's Motion to Dismiss, filed December 9, 2020. (Dkt. #21). The Court has determined that oral argument would aid it in resolution of the motion. Accordingly, the parties are hereby ORDERED to appear for a video conference on March 16, 2021, at 3:00 p.m. Access instructions will be provided in advance of the conference.

SO ORDERED.

Dated: February 8, 2021
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge