UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPRINKLE OF JESUS CORP.,
and CASEY D. OLIVERA,

                Plaintiffs,

                -v.-

JHALESA LEWIS,

                Defendant.

20 Civ. 5591 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On March 16, 2021, the Court granted in part and denied in part Defendant's motion to dismiss this matter, and ordered Defendant to file her answer within 30 days. The Court received Defendant's answer on April 13, 2021. (Dkt. #26). The parties are hereby ORDERED to submit to the Court, on or before **April 28, 2021**, a Proposed Civil Case Management Plan and Scheduling Order. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-katherine-polk-failla.

    SO ORDERED.

Dated:  April 14, 2021
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge