# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

## MEMORANDUM ENDORSEMENT

<u>via ECF</u>                                                                                    May 27, 2021

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007                    Re: <u>Sprinkle of Jesus Corp., et. al. v. Lewis,
                                            SDNY 20-CV-5591</u>

Dear Judge Gorenstein:

     I represent Defendant Jhalesa Lewis in the above-referenced action. This is submitted per the Court's correspondence dated May 26, 2021.

     We understand and respect the Court's stated concern that a Settlement Conference on June 1, 2021 may not be productive in light of the sharp differences in the settlement positions of the respective parties at this time.

     I feel that additional time to consult with my client would be helpful, and I therefore respectfully request that the Settlement Conference be adjourned for approximately 30 days.

     I have consulted with opposing counsel regarding this, and Plaintiffs' attorney consents to this request. This is the first request for adjournment of the Settlement Conference by either party.

     Please contact counsel should the Court require any further information.

                                                                   Respectfully submitted,

                                                                   <u>/s/ Todd Wengrovsky</u>

cc: Keith White, Esq.
*Counsel for Plaintiff,* via ECF                                       Todd Wengrovsky

**The application to adjourn the settlement conference is granted. The settlement conference is adjourned sine die. This adjournment has no effect on the parties' obligation to comply with discovery (and other) deadlines in this case. The parties shall write to the Court as soon as both sides believe it would be useful to participate in a settlement conference and one will be scheduled promptly.**

**So Ordered.**

                                                                     GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge
                                                                         **May 28, 2021**