UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRINKLE OF JESUS CORP., and CASEY D. OLIVERA,<br><br>                    Plaintiffs,<br><br>         -v.-<br><br>JHALESA LEWIS,<br><br>                    Defendant. | 20 Civ. 5591 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 28, 2021, the Court issued a Civil Case Management Plan and Scheduling Order (the "CMP") in this case. (Dkt. #30). Pursuant to the CMP, fact discovery concluded on August 16, 2021, and expert discovery concluded on September 30, 2021. (*Id.* at 2). The Court expects that the parties have adhered to the CMP and that discovery has concluded in this matter. Accordingly, the parties are hereby ORDERED to file a joint status update confirming the status of discovery in this case on or before **October 21, 2021**.

SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge